```
Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
tel(562) 866-8755    fax(562) 866-6875
tlwhiteleather@gmail.com
```

JS-6

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| SARA METZGER, | Case No. CV 12-6579 CAS (MAN) |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE |
| SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, A Local Educational Agency, | |
| Defendant. | |

The Court, having reviewed the Stipulation to Dismiss Case with Prejudice filed by Plaintiff hereby ORDERS that Case No. CV 12-6579 be dismissed with prejudice.

Dated: April 22, 2013

_____
UNITED STATES DISTRICT COURT JUDGE